

# Fourth Court of Appeals
## San Antonio, Texas

November 21, 2018

No. 04-18-00708-CV

**TEXAS BRANDON CORPORATION, INC.,**
Appellant

v.

**EOG RESOURCES, INC.**, Karhuhn Oil, Robert E. Brandt, Joachim K. Leicht, Dick A. Tracey,
Chad E. Brandt, Alicat Energy L.L.C. and Fred Levine,
Appellees

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 16-03-00066-CVK
Honorable Russell Wilson, Judge Presiding

### ORDER

In accordance with this court's opinion of this date, this appeal is DISMISSED for lack of jurisdiction.  The costs of this appeal are taxed against the appellant.

It is so **ORDERED** on November 21, 2018.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of November, 2018.

_____
Keith E. Hottle, Clerk of Court